Commonwealth *v.* Callaway, Appellant.

Submitted April 10, 1972.
*Clarence F. McBride,* and *Marker and McBride,* for appellant; *Henry A. Martin,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Callender, Appellant.

Argued April 13, 1972. *Donald E. Williams,* Public Defender, for appellant; *James A. Caldwell,* Assistant District Attorney, with him *W. Thomas Andrews,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.